NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-12

NEDRA FERN W. BOOTHE, ET AL.

VERSUS

LINDA W. POOLE, ET AL.

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CATAHOULA, NO. 22,781 "A"
HONORABLE RONALD LEWELLYAN, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell,
Judges.

AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.

Jack F. Owens, Jr.
Owens & Lemke, Inc.
P. O. Box 595
Harrisonburg, LA 71340
(318) 744-5431
Counsel for Plaintiffs/Appellees:
    Nedra Fern W. Boothe
    L.C. "Johnny" Wright

Patrick L. Boothe
Smith, Taliaferro, Purvis & Boothe
P. O. Box 277
Jonesville, LA 71343
(318) 339-8526
Counsel for Defendants/Appellants:
    Linda W. Poole Flowers
    Janice W. Boothe